# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OVERLIN, SANDY | § | Case No. 15-40966 JSB |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/30/2018 in Courtroom 615,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/02/2018          By: /s/ Andrew J. Maxwell
                                                  Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*20 N. CLARK*
*SUITE 200*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OVERLIN, SANDY | § | Case No. 15-40966 JSB |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,305.70 |
| and approved disbursements of | $ | 60.08 |
| leaving a balance on hand of[1] | $ | 3,245.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 826.43 | $ 0.00 | $ 812.05 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,475.00 | $ 0.00 | $ 2,431.93 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 1.67 | $ 0.00 | $ 1.64 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,245.62 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,700.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | MERRICK BANK | $ 1,058.80 | $ 0.00 | $ 0.00 |
| 000002 | MIDLAND FUNDING LLC | $ 4,420.10 | $ 0.00 | $ 0.00 |
| 000003 | MIDLAND FUNDING LLC | $ 902.31 | $ 0.00 | $ 0.00 |
| 000004 | Navient Solutions, Inc. | $ 34,828.17 | $ 0.00 | $ 0.00 |
| 000005 | Navient Solutions, Inc. | $ 48,004.96 | $ 0.00 | $ 0.00 |
| 000006 | MIDLAND FUNDING LLC | $ 1,744.83 | $ 0.00 | $ 0.00 |
| 000007 | Capital One Auto Finance, | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | CAPITAL ONE, N.A. | $ 741.29 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance        $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*20 N. CLARK*
*SUITE 200*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-40966-JSB
Sandy Overlin                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cward1           Page 1 of 1          Date Rcvd: Jan 03, 2018
                             Form ID: pdf006         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db            +Sandy Overlin,    9622 Bianco Terrace,    Unit A,    Des Plaines, IL 60016-1615
24506241       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
24366418      +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
24366359       Navient Solutions, Inc.,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24501653      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 04 2018 01:23:08
               Capital One Auto Finance,,    a division of Capital One NA,    PO Box 201347,
               Arlington, TX 76006-1347
24256074       E-mail/Text: bkr@cardworks.com Jan 04 2018 01:16:16     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
24330291      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2018 01:17:07     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
        Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
        trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
        llandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
        amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
        Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
        amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
        Janna L Quarless    on behalf of Debtor 1 Sandy  Overlin jquarless@semradlaw.com,
        ilnb.courtview@SLFCourtview.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Yisroel Y Moskovits    on behalf of Debtor 1 Sandy  Overlin imoskovits@semradlaw.com,
        ilnb.courtview@SLFCourtview.com
                                                                              TOTAL: 6