UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OVERLIN, SANDY § Case No. 15-40966 JSB
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,368.20 *(Without deducting any secured claims)* | Assets Exempt: 2,659.75 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 91,700.46 |
| Total Expenses of Administration: 3,305.70 | |

3) Total gross receipts of $ 3,305.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,305.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,363.18 | 3,363.18 | 3,305.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 108,307.83 | 91,700.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 111,671.01 | $ 95,063.64 | $ 3,305.70 |

4) This case was originally filed under chapter 7 on 12/02/2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2018            By:/s/ANDREW J. MAXWELL, TRUSTEE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1124-000 | 3,305.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,305.70** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 826.43 | 826.43 | 812.05 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 0.08 | 0.08 | 0.08 |
| ASSOCIATED BANK | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 2,475.00 | 2,475.00 | 2,431.93 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 1.67 | 1.67 | 1.64 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,363.18 | $ 3,363.18 | $ 3,305.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL ONE AUTO FINANCE, | 7100-000 | NA | 16,607.37 | 0.00 | 0.00 |
| 000008 | CAPITAL ONE, N.A. | 7100-000 | NA | 741.29 | 741.29 | 0.00 |
| 000001 | MERRICK BANK | 7100-000 | NA | 1,058.80 | 1,058.80 | 0.00 |
| 000002 | MIDLAND FUNDING LLC | 7100-000 | NA | 4,420.10 | 4,420.10 | 0.00 |
| 000003 | MIDLAND FUNDING LLC | 7100-000 | NA | 902.31 | 902.31 | 0.00 |
| 000006 | MIDLAND FUNDING LLC | 7100-000 | NA | 1,744.83 | 1,744.83 | 0.00 |
| 000004 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 34,828.17 | 34,828.17 | 0.00 |
| 000005 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 48,004.96 | 48,004.96 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 108,307.83 | $ 91,700.46 | $ 0.00 |

Page: 1

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-40966 | JSB | Judge: JANET S. BAER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | OVERLIN, SANDY | | | Date Filed (f) or Converted (c): | 12/02/15 (f) |
| | | | | 341(a) Meeting Date: | 01/13/16 |
| For Period Ending: 03/13/18 | | | | Claims Bar Date: | 05/27/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AUTOMOBILE<br>MITSUBISHI OUTLANDER 2011 | 7,460.00 | 7,460.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br>FURNITURE | 400.00 | 400.00 | | 0.00 | FA |
| 3. ELECTRONICS<br>ELECTRONICS | 100.00 | 100.00 | | 0.00 | FA |
| 4. CLOTHES<br>CLOTHES | 400.00 | 400.00 | | 0.00 | FA |
| 5. JEWELS<br>JEWELS | 200.00 | 200.00 | | 0.00 | FA |
| 6. CASH<br>CASH | 10.00 | 20.00 | | 0.00 | FA |
| 7. DEPOSITS OF MONEY<br>BAXTER CREDIT UNION | 1,360.00 | 0.00 | | 0.00 | FA |
| 8. DEPOSITS<br>BAXTER CREDIT UNION | 411.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT<br>FIDELITY | 859.25 | 0.00 | | 0.00 | FA |
| 10. RETIREMENT<br>FIDELITY | 167.95 | 0.00 | | 0.00 | FA |
| 11. TAX REFUND<br>Anticipated 2015 tax refund (Amended amount changed to 6,181.00) | 6,181.00 | 3,305.70 | | 3,305.70 | FA |
| 12. FAMILY SUPPORT<br>Support order for debtor's 2 daughters | 0.00 | 0.00 | | 0.00 | FA |
| 13. Security Deposit (u)<br>Landlord (Amended schedule) | 1,000.00 | 0.00 | | 0.00 | FA |

LFORM1    UST Form 101-7-TDR (10/1/2010) *(Page: 6)*    Ver: 20.00g

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 15-40966 JSB Judge: JANET S. BAER  
Case Name: OVERLIN, SANDY

Trustee Name: ANDREW J. MAXWELL, TRUSTEE  
Date Filed (f) or Converted (c): 12/02/15 (f)  
341(a) Meeting Date: 01/13/16  
Claims Bar Date: 05/27/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. INTEREST (u) Term Life Insurance through employer (amended schedule) | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $18,549.20 | $11,885.70 | | $3,305.70 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

HEARING DATE 1.30.18  
TFR SUBMITTED on12/18/2017  
demand made, amount agreed, payment to be made  
Amended schedules filed  
claims reviewed - all valid  
NON-EXEMPT TAX REFUND BEING SOUGHT  
reviewing tax refund and possible equity in car

Initial Projected Date of Final Report (TFR): 12/31/20     Current Projected Date of Final Report (TFR): 12/31/17

LFORM1    **UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*     Ver: 20.00g

Page: 1
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-40966 -JSB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | OVERLIN, SANDY | | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID No: | *******3829 | | Account Number / CD #: | *******2912 Checking Account (Non-Interest Earn |
| For Period Ending: | 03/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/16 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 200.00 | | 200.00 |
| 01/06/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 100.00 | | 300.00 |
| 02/03/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 100.00 | | 400.00 |
| 03/10/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 100.00 | | 500.00 |
| 03/14/17 | 010001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST. SUITE 420 NEW ORLEANS, LA 70139 | BOND PAYMENTS BOND # 016073584 | 2300-000 | | 0.08 | 499.92 |
| 05/05/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 500.00 | | 999.92 |
| 05/24/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 700.00 | | 1,699.92 |
| 06/07/17 | 11 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,689.92 |
| 07/10/17 | 11 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,679.92 |
| 08/02/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 500.00 | | 2,179.92 |
| 08/07/17 | 11 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,169.92 |
| 08/22/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 250.00 | | 2,419.92 |
| 09/08/17 | 11 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,409.92 |
| 09/29/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 250.00 | | 2,659.92 |
| 10/06/17 | 11 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,649.92 |
| 10/25/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 250.00 | | 2,899.92 |
| 11/07/17 | 11 | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,889.92 |
| 11/08/17 | 11 | SANDY OVERLYN | TAX RETURN PAYMENT | 1124-000 | 355.70 | | 3,245.62 |
| 01/31/18 | 010002 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Trustee Compensation o/c 1/30/2018 | 2100-000 | | 812.05 | 2,433.57 |
| 01/31/18 | 010003 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 | Atty fees and expenses per o/c 1/30/2018 | | | 2,433.57 | 0.00 |
| | | | | Page Subtotals | 3,305.70 | 3,305.70 | |

LFORM24    **UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*                                                                                                          Ver: 20.00g

Page: 2
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-40966 -JSB
Case Name: OVERLIN, SANDY
Taxpayer ID No: *******3829
For Period Ending: 03/13/18

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2912  Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60602 | Fees | 2,431.93 | 3110-000 | | | |
| | | | Expenses | 1.64 | 3120-000 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 3,305.70 | 3,305.70 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 3,305.70 | 3,305.70 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 3,305.70 | 3,305.70 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS |
|---|---|---|
| Checking Account (Non-Interest Earn - *******2912 | 3,305.70 | 3,305.70 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

ACCOUNT BALANCE 0.00
Total Funds On Hand 0.00

Page Subtotals   0.00   0.00

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 20.00g